Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent-appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FATIN JOHNSON, Appellant.

Submitted March 17, 2008; decided March 20, 2008

Motion by Innocence Project for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FATIN JOHNSON, Appellant.

Submitted March 17, 2008; decided March 20, 2008

Motion by Legal Aid Society et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by ELIOT SPITZER, as Attorney General, Respondent-Appellant, v APPLIED CARD SYSTEMS, INC., et al., Appellants-Respondents.

Submitted March 17, 2008; decided March 20, 2008

Motion by Attorney General of the State of Vermont et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of the brief must be served and an original and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANDREW PACKER, Respondent.

Submitted March 17, 2008; decided March 20, 2008